KIBLER FOWLER & CAVE LLP
Michael D. Kibler (SBN 243982)
mkibler@kfc.law
Sarah Malik (SBN 342369)
smalik@kfc.law
11100 Santa Monica Blvd., Suite 500
Los Angeles, California 90025
Telephone:  (310) 409-0400
Facsimile:  (310) 409-0401

*Attorneys for Korea Deposit Insurance Corporation*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KOREA DEPOSIT INSURANCE CORPORATION, a Korean corporation, as Trustee for the Bankrupt Parangsae Savings Bank Co., Ltd., <br><br> Plaintiff, <br><br> v. <br><br> SUNG SOO JUN, an individual also known as SOO SUNG JUN, also known as SUNG S JUN,, and KAREN S. JUN, an individual, and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO. <br><br> **COMPLAINT FOR:** <br><br> **(1) VOIDABLE TRANSFER UNDER THE CALIFORNIA UNIFORM VOIDABLE TRANSACTIONS ACT** <br><br> **(2) COMMON LAW FRAUDULENT CONVEYANCE** <br><br> **DEMAND FOR JURY TRIAL** |

COMPLAINT

Plaintiff Korea Deposit Insurance Corporation ("Plaintiff" or "KDIC"), demanding trial by jury, complains and alleges as follows:

## INTRODUCTION

1. This action is concerning Defendants' scheme to frustrate the enforcement of judgment held by Plaintiff, through a textbook case of a voidable transfer.

2. Plaintiff has held a judgment against Defendant Sung Soo Jun ("Sung") since June 1, 2018, for US $539,147.10 plus applicable interest, issued by the Superior Court of California, County of Los Angeles (the "Judgment"). Although more than seven years has elapsed since the Judgment, Sung has made no effort to satisfy the Judgment.

3. Meanwhile, on or around March 12, 2024, Sung transferred a piece of real estate in Norwalk, California to his wife, Defendant Karen S. Jun ("Karen"), in an apparent attempt to place it beyond Plaintiff's reach.

## PARTIES

4. Plaintiff Korea Deposit Insurance Corporation is a quasi-governmental organ of the Republic of Korea, or South Korea. KDIC maintains South Korea's financial stability by, *inter alia*, taking over failed financial institutions' assets and contracts, and pursuing claims on behalf of such failed financial institutions. Plaintiff holds a money judgment in the amount of US $539,147.10 plus applicable interest, against the Defendant Sung Soo Jun.

5. Defendant Sung Soo Jun is an individual residing in Norwalk, California. Sung is Karen's husband.

6. Defendant Karen S. Jun is an individual residing in Norwalk, California. Karen is Sung's wife.

## JURISDICTION AND VENUE

7. This Court has personal jurisdiction over the Defendants, who are individuals residing in Norwalk, California, in Los Angeles County.

2
COMPLAINT

8. This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a), as complete diversity of citizenship exists between parties and the amount in controversy exceeds US $75,000.

9. Venue is proper as Plaintiff is seeking to enforce the Judgment issued by the California Superior Court of Los Angeles County, and all events took place in Los Angeles County.

## GENERAL ALLEGATIONS

10. KDIC has held a judgment against Sung since June 1, 2018, for US $539,147.10 plus applicable interest, issued by the Superior Court of California, County of Los Angeles (the "Judgment"). Attached hereto as **Exhibit A** is a true and correct copy of the Judgment.

11. In the seven years since the Judgment was issued, KDIC sent numerous correspondences and notices to Sung, urging him to satisfy the Judgment.

12. The correspondences and notices were sent to 12657 Cheshire Street, Norwalk, California 90650 (the "Norwalk Property"), a residence that Sung has owned since 1995. Sung did not respond to any correspondence or notice by Plaintiff, nor did Sung attempt to contact Plaintiff in any other way.

13. Likewise, Sung did not satisfy any part of the Judgment, or made any attempt to satisfy any part of the Judgment.

14. Upon information and belief, the value of the Norwalk Property is in excess of one million dollars.

15. Upon information and belief, on or around March 12, 2024, Sung transferred the Norwalk Property to Karen in an intrafamily transfer (the "Transfer"), receiving no money in return.

16. Upon information and belief, Sung continues to reside in the Norwalk Property and has full use of the residence, notwithstanding the Transfer to Karen.

17. Upon information and belief, the Transfer made Sung insolvent, as he had no significant property other than the Norwalk Property.

3
COMPLAINT

# FIRST CAUSE OF ACTION

**Voidable Transfer under the California Uniform Voidable Transactions Act**

(*Against All Defendants*)

18. Plaintiff refers to and incorporates all of the foregoing paragraphs of this Complaint as though fully set forth herein.

19. Since June 1, 2018, Plaintiff KDIC held a claim against Defendant Sung Soo Jun in the form of the Judgment.

20. On or around March 12, 2024, Sung transferred the Norwalk Property to his wife, Karen, with actual intent to hinder, delay, or defraud Plaintiff.

21. Alternatively, on or around March 12, 2024, Sung transferred the Norwalk Property to his wife, Karen, without receiving reasonably equivalent value, such that Sung was made insolvent as a result.

22. Plaintiff was harmed as a result of Defendants' Transfer, which frustrated Plaintiff's enforcement of the Judgment.

# SECOND CAUSE OF ACTION

**Common Law Fraudulent Conveyance**

(*Against All Defendants*)

23. Plaintiff refers to and incorporates all of the foregoing paragraphs of this Complaint as though fully set forth herein.

24. Since June 1, 2018, Plaintiff KDIC held a claim against Defendant Sung Soo Jun in the form of the Judgment.

25. On or around March 12, 2024, Sung transferred the Norwalk Property to his wife, Karen, with actual intent to hinder, delay, or defraud Plaintiff.

26. Alternatively, on or around March 12, 2024, Sung transferred the Norwalk Property to his wife, Karen, without receiving reasonably equivalent value, such that Sung was made insolvent as a result.

27. Plaintiff was harmed as a result of Defendants' Transfer, which frustrated Plaintiff's enforcement of the Judgment.

**PRAYER FOR RELIEF**

WHEREFORE, KDIC demands judgment against Defendants for the following:

    a.    That the Transfer be set aside, annulled and declared void;

    b.    That Plaintiff be authorized to levy execution upon the Norwalk Property;

    c.    Compensatory, general and consequential damages;

    d.    Costs of this action;

    e.    Pre- and post-judgment interest;

    f.    Attorneys' fees; and

    g.    Any other and further relief that the Court deems just and proper.

Dated: September 11, 2025    KIBLER FOWLER & CAVE LLP

By: _____
MICHAEL D. KIBLER
SARAH MALIK
*Attorneys for Korea Deposit Insurance Corporation*

# DEMAND FOR JURY TRIAL

Plaintiff requests a trial by jury.

Dated: September 11, 2025          KIBLER FOWLER & CAVE LLP

By: _____
MICHAEL D. KIBLER
SARAH MALIK
*Attorneys for Korea Deposit Insurance Corporation*